**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

**DATE: June 7, 2012**

| | |
|---|---|
| **JUDGE** | **COURTROOM ADMINISTRATOR: Linda Pritchard** |
| **MICHAEL H. SCHNEIDER** | **COURT REPORTER:        Jan Mason** |

| | |
|---|---|
| **KEITH DUNBAR**<br><br>**VS.**<br><br>**GOOGLE, INC.** | **CAUSE NO:**<br>**5:10cv194** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| **SEAN FLETCHER ROMMEL**<br>**JAMES WYLY**<br>**MICHAEL TRAMMELL** | **CHARLES L. BABCOCK**<br>**CARL BUTZER**<br>**GEORGE McWILLIAMS** |

# MINUTES OF SCHEDULING CONFERENCE

On this day, came the parties by their attorneys and the following proceedings were had:

| **OPEN:**  10:10 A.M. | **ADJOURN:**  11:45 A.M. |
|---|---|
| **TIME:** | **MINUTES:** |
| 10:10 am | Case called.  Attorneys announced present and ready. |
| 10:14 am | Mr. Rommel addressed the Court. |
| 10:20 am | Response by Mr. Babcock. |
| 10:23 am | Response by Mr. Rommel. |
| 10:34 am | Response by Mr. Babcock. |
| 10:38 am | The Court stated that it accepted Judge Folsom's ruling on the case. |
| 10:38 am | Mr. Babcock addressed the Court regarding the motion to transfer. |
| 10:47 am | Response by Mr. Rommel. |

CASE NO. 5:10cv194    DATE: June 7, 2012
PAGE 2 - PROCEEDINGS CONTINUED

| | |
|---|---|
| 11:07 am | Response by Mr. Babcock. |
| 11:15 am | Recess taken. |
| 11:32 am | Court reconvened. |
| 11:32 am | Response by Mr. Rommel. |
| 11:40 am | Reply by Mr. Babcock. |
| 11:42 am | The Court finds that the evidence weighs in favor of transfer to the proper division within the Northern District of California.  An order will be issued shortly. The parties will be allowed to submit post-hearing briefs. |
| 11:43 am | Mr. Rommel read case citations into the record. |
| 11:45 am | Court adjourned. |

**DAVID J. MALAND, CLERK**

By:        Linda Pritchard        
Courtroom Administrator