# U.S. District Court [LIVE]
# Eastern District of TEXAS (Texarkana)
# CIVIL DOCKET FOR CASE #: 5:10–cv–00194–MHS

Dunbar v. Google, Inc.  
Assigned to: Judge Michael H. Schneider  
Cause: 18:2511 Wiretapping

Date Filed: 11/17/2010  
Date Terminated: 06/22/2012  
Jury Demand: Defendant  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Keith Dunbar**  
*Individually as a representative on behalf of all similarly situated persons*

represented by **Sean Fletcher Rommel**  
Wyly–Rommel, PLLC  
4004 Texas Blvd.  
Texarkana, TX 75503  
(903) 334–8646  
Fax: (903) 334–8645  
Email: srommel@wylyrommel.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christopher L Travis**  
Gill Elrod Ragon Owen &Sherman, PA  
425 West Capitol Ave  
Ste 3801  
Little Rock, AR 72201  
501/376–3800  
Fax: 501/372–3359  
Email: travis@gill–law.com  
*ATTORNEY TO BE NOTICED*

**James Clark Wyly**  
Wyly–Rommel, PLLC  
4004 Texas Blvd.  
Texarkana, TX 75503  
903–334–8646  
Fax: 903–334–8645  
Email: jwyly@wylyrommel.com  
*ATTORNEY TO BE NOTICED*

**Michael Chad Trammell**  
The Trammell Law Firm, PLLC  
418 North State Line Ave  
Texarkana, AR 71854  
870–779–1860  
Fax: 870–779–1861  
Email: chad@thetrammellfirm.com  
*ATTORNEY TO BE NOTICED*

**Peter Drake Mann**  
Gill Elrod Ragon Owen &Sherman, PA  
425 West Capitol Ave

Ste 3801  
Little Rock, AR 72201  
501/376–3800  
Fax: 15013723359  
Email: mann@gill–law.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google, Inc.**                    represented by    **Charles L Babcock**  
Jackson Walker  
901 Main St  
Suite 6000  
Dallas, TX 75202–3797  
214/953–6000  
Fax: 12149535822  
Email: cbabcock@jw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Carl Christof Butzer**  
Jackson Walker – Dallas  
901 Main Street  
Suite 6000  
Dallas, TX 75202–4207  
214/953–5902  
Email: cbutzer@jw.com  
*ATTORNEY TO BE NOTICED*

**David T Moran**  
Jackson Walker  
901 Main St  
Suite 6000  
Dallas, TX 75202–3797  
214/953–6051  
Fax: 12146616677  
Email: dmoran@jw.com  
*ATTORNEY TO BE NOTICED*

**George L McWilliams**  
P O Box 58  
Texarkana, TX 75504  
903/277–0098  
Fax: 870–772–0513  
Email: glmlawoffice@gmail.com  
*ATTORNEY TO BE NOTICED*

**Shannon Zmud Teicher**  
Jackson Walker – Dallas  
901 Main Street  
Suite 6000  
Dallas, TX 75202–4207

    214/953−5987
    Fax: 214/661−6844
    Email: szmud@jw.com
    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Google, Inc.**  represented by  **Charles L Babcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Christof Butzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T Moran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George L McWilliams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon Zmud Teicher**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Keith Dunbar**  represented by  **Sean Fletcher Rommel**
*Individually as a representative on behalf of all similarly situated persons*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L Travis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Clark Wyly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Chad Trammell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Drake Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Google, Inc.** | represented by | **Charles L Babcock** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Carl Christof Butzer** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **David T Moran** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **George L McWilliams** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Shannon Zmud Teicher** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Keith Dunbar** <br> *Individually as a representative on behalf of all similarly situated persons* | represented by | **Sean Fletcher Rommel** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Christopher L Travis** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **James Clark Wyly** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael Chad Trammell** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Peter Drake Mann** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2010 | Ï 1 | COMPLAINT against Google, Inc. (Check for Filing fee of $350 received), filed by Keith Dunbar. (Attachments: # 1 Civil Cover Sheet)(sm, ) (Entered: 11/17/2010) |
| 11/17/2010 | Ï 2 | E–GOV SEALED SUMMONS Issued as to Google, Inc.. (sm, ) (Entered: 11/17/2010) |
| 11/17/2010 | Ï | |

| | | |
|---|---|---|
| | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available here by clicking on the hyperlink and is also on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge*. (sm, ) (Entered: 11/17/2010) |
| 11/17/2010 | Ï 3 | APPLICATION to Appear Pro Hac Vice by Attorney Christopher L Travis for Keith Dunbar ($100 phv fee paid – Receipt #6–735). (sm, ) (Entered: 11/23/2010) |
| 11/22/2010 | Ï | Filing fee: $ 350.00, receipt number 6–734 (dlk, ) (Entered: 11/23/2010) |
| 12/10/2010 | Ï 4 | E–GOV SEALED SUMMONS Returned Executed by Keith Dunbar. Google, Inc. served on 11/30/2010 via certified mail, answer due 12/21/2010. (sm, ) (Entered: 12/13/2010) |
| 12/15/2010 | Ï 5 | NOTICE of Attorney Appearance by George L McWilliams on behalf of Google, Inc. (McWilliams, George) (Entered: 12/15/2010) |
| 12/15/2010 | Ï 6 | NOTICE of Attorney Appearance by Charles L Babcock on behalf of Google, Inc. (Babcock, Charles) (Entered: 12/15/2010) |
| 12/15/2010 | Ï 7 | NOTICE of Attorney Appearance by David T Moran on behalf of Google, Inc. (Moran, David) (Entered: 12/15/2010) |
| 12/15/2010 | Ï 8 | NOTICE of Attorney Appearance by Carl Christof Butzer on behalf of Google, Inc. (Butzer, Carl) (Entered: 12/15/2010) |
| 12/15/2010 | Ï 9 | NOTICE of Attorney Appearance by Shannon Zmud Teicher on behalf of Google, Inc. (Teicher, Shannon) (Entered: 12/15/2010) |
| 12/15/2010 | Ï 10 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Google, Inc..( Babcock, Charles) (Entered: 12/15/2010) |
| 12/16/2010 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV–12 for Google, Inc. to 2/4/2011. 45 Days Granted for Deadline Extension.( sm, ) (Entered: 12/16/2010) |
| 02/03/2011 | Ï 11 | MOTION for Preliminary Injunction by Keith Dunbar. (Rommel, Sean) (Entered: 02/03/2011) |
| 02/03/2011 | Ï 12 | Additional Attachments to Main Document: 11 MOTION for Preliminary Injunction.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Text of Proposed Order)(Rommel, Sean) (Entered: 02/03/2011) |
| 02/04/2011 | Ï 13 | MOTION to Dismiss *Plaintiff's Class Action Complaint* by Google, Inc.. (Attachments: # 1 Declaration of Carl C. Butzer, # 2 Exhibit 1–8 to the Declaration of Carl C. Butzer, # 3 Text of Proposed Order)(Babcock, Charles) (Entered: 02/04/2011) |
| 02/04/2011 | Ï 14 | CORPORATE DISCLOSURE STATEMENT filed by Google, Inc. (Babcock, Charles) (Entered: 02/04/2011) |
| 02/17/2011 | Ï 15 | Unopposed MOTION for Extension of Time to File Response/Reply as to 11 MOTION for Preliminary Injunction by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 02/17/2011) |
| 02/18/2011 | Ï 16 | ORDER granting 15 Motion for Extension of Time to File Response/Reply re 11 MOTION for Preliminary Injunction Responses due by 3/7/2011. Signed by Judge David Folsom on 2/18/11. |

| | | |
|---|---|---|
| | | (mrm, ) (Entered: 02/18/2011) |
| 02/21/2011 | Ï 17 | AMENDED COMPLAINT *FIRST* against Google, Inc., filed by Keith Dunbar. (Attachments: # 1 Exhibit EXHIBIT A, # 2 Exhibit EXHIBIT B, # 3 Exhibit EXHIBIT C, # 4 Exhibit EXHIBIT D, # 5 Exhibit EXHIBIT E, # 6 Exhibit EXHIBIT F, # 7 Exhibit EXHIBIT G, # 8 Exhibit EXHIBIT H, # 9 Exhibit EXHIBIT I, # 10 Exhibit EXHIBIT J, # 11 Exhibit EXHIBIT K, # 12 Exhibit EXHIBIT L, # 13 Exhibit EXHIBIT M, # 14 Exhibit EXHIBIT N, # 15 Exhibit EXHIBIT O, # 16 Exhibit EXHIBIT P)(Rommel, Sean) (Entered: 02/21/2011) |
| 03/01/2011 | Ï 18 | ORDER TO CONDUCT RULE 26(f) CONFERENCE, ( Rule 26 Meeting Report due by 4/4/2011.). Signed by Judge David Folsom on 2/28/11. (mrm, ) (Entered: 03/01/2011) |
| 03/07/2011 | Ï 19 | Agreed MOTION to Seal *Documents* by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 03/07/2011) |
| 03/07/2011 | Ï 20 | SEALED RESPONSE to Motion re 11 MOTION for Preliminary Injunction, filed by Google, Inc.. (Attachments: # 1 Declaration of Steve Crossan, # 2 Text of Proposed Order)(Babcock, Charles) (Entered: 03/07/2011) |
| 03/07/2011 | Ï 21 | Additional Attachments to Main Document (Declaration of Carl Butzer): 20 Sealed Response to Motion.. (Babcock, Charles) Modified on 3/8/2011 (sm, ). (Entered: 03/07/2011) |
| 03/08/2011 | Ï 22 | ORDER granting 19 Motion to Seal Documents; Defendant shall be permitted to file its Response in Opposition to Plaintiff's Motion for a Preliminary Injunction and the exhibits attached thereto under seal. Signed by Judge David Folsom on 3/8/11. (mrm, ) (Entered: 03/08/2011) |
| 03/10/2011 | Ï 23 | MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint* by Google, Inc.. (Attachments: # 1 Declaration of Carl C. Butzer, # 2 Text of Proposed Order)(Babcock, Charles) (Entered: 03/10/2011) |
| 03/11/2011 | Ï 24 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Response to Plaintiff's Motion for Preliminary Injunction* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 03/11/2011) |
| 03/14/2011 | Ï 25 | ORDER granting 24 Motion for Extension of Time to File Reply re 11 MOTION for Preliminary Injunction. Replies due by 3/24/2011. Signed by Judge David Folsom on 3/14/11. (mrm, ) (Entered: 03/14/2011) |
| 03/21/2011 | Ï 26 | Unopposed MOTION to Continue *Federal Rule of Civil Procedure 26(f) conference* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 03/21/2011) |
| 03/23/2011 | Ï 27 | Unopposed MOTION for Extension of Time to File Response/Reply *to Response to Motion for Preliminary Injunction and to Motion to Dismiss* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 03/23/2011) |
| 03/23/2011 | Ï 28 | ORDER granting 26 Motion for extension of time to conduct the Rule 26(f) conference. ORDERED that the deadline for the parties to conduct the Rule 26(f) conference shall be up to and including March 28, 2011. Signed by Judge David Folsom on 3/23/11. (mrm, ) (Entered: 03/23/2011) |
| 03/23/2011 | Ï 29 | *Defendant Google Inc.'s* ANSWER to 17 Amended Complaint,, *Affirmative Defenses and*, COUNTERCLAIM against Keith Dunbar by Google, Inc..(Babcock, Charles) (Entered: 03/23/2011) |
| 03/24/2011 | Ï 30 | ORDER granting 27 Motion for Extension of Time to File Response/Reply re 11 MOTION for Preliminary Injunction, Replies due by 4/1/2011. 13 MOTION to Dismiss *Plaintiff's Class Action Complaint*, Responses due by 4/1/2011. Signed by Judge David Folsom on 3/24/11. |

| | | |
|---|---|---|
| | | (mrm, ) (Entered: 03/24/2011) |
| 04/01/2011 | Ï 31 | Unopposed MOTION to File Unsealed, Redacted Version of Response to Plaintiffs Motion for Preliminary Injunction by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 04/01/2011) |
| 04/01/2011 | Ï 32 | RESPONSE in Opposition re 23 MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint filed by Keith Dunbar*. (Attachments: # 1 Exhibit Exhbit C to Complaint, # 2 Exhibit Exhibit D to Complaint, # 3 Exhibit Exhibit F to Complaint, # 4 Exhibit Exhibit H to Complaint, # 5 Exhibit Exhibit I to Complaint, # 6 Exhibit Exhibit J to Complaint, # 7 Exhibit Exhibit N to Complaint, # 8 Exhibit Exhibit O to Complaint, # 9 Exhibit Exhibit P to Complaint)(Rommel, Sean) (Entered: 04/01/2011) |
| 04/01/2011 | Ï 33 | REPLY to Response to Motion re 11 MOTION for Preliminary Injunction *filed by Keith Dunbar*. (Attachments: # 1 Exhibit Declaration of Keith Dunbar)(Rommel, Sean) (Entered: 04/01/2011) |
| 04/04/2011 | Ï 34 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Text of Proposed Order Plaintiff's proposed docket control order, # 2 Text of Proposed Order Defendant's proposed docket control order)(Rommel, Sean) (Entered: 04/04/2011) |
| 04/05/2011 | Ï 35 | ORDER granting 31 Motion to File Unsealed, Redacted Version of Response to Plaintiff's Motion for Preliminary Injunction. Signed by Judge David Folsom on 4/5/11. (mrm, ) (Entered: 04/05/2011) |
| 04/06/2011 | Ï 36 | RESPONSE to Motion re 11 MOTION for Preliminary Injunction *Redacted Version per 4/5/11 Order [Dkt # 35] filed by Google, Inc.*. (Attachments: # 1 Declaration of Steve Crossan)(Babcock, Charles) (Entered: 04/06/2011) |
| 04/07/2011 | Ï 37 | Unopposed MOTION for Extension of Time to File *Reply and Sur−Reply Briefs* by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 04/07/2011) |
| 04/08/2011 | Ï 38 | ORDER granting 37 Motion for Extension of Time to File its Reply to Plaintiffs Response to Defendants Motion to Dismiss PlaintiffsFirst Amended Class Action Complaint and its Sur−Reply to Plaintiffs Reply to Defendants Response in Opposition to Plaintiffs Motion for a Preliminary Injunction until 4/28/2011.. Signed by Judge David Folsom on April 8, 2011. (rml, ) (Entered: 04/08/2011) |
| 04/11/2011 | Ï 39 | MOTION to Dismiss *Counterclaim or, in the alternative, to Strike Claim for Relief* by Keith Dunbar. (Attachments: # 1 Supplement Case − Madry v Fina Oil &Chemical Co.)(Mann, Peter) (Additional attachment(s) added on 4/12/2011: # 2 Text of Proposed Order) (sm, ). (Entered: 04/11/2011) |
| 04/11/2011 | Ï 40 | ANSWER to 29 Answer to Amended Complaint, Counterclaim by Keith Dunbar.(Mann, Peter) (Entered: 04/11/2011) |
| 04/19/2011 | Ï 41 | ORDER Setting Hearing on Motion 11 MOTION for Preliminary Injunction, 23 MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint*, 39 MOTION to Dismiss *Counterclaim or, in the alternative, to Strike Claim for Relief* : Motion Hearing set for 5/5/2011 11:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom. Each side will have a total of 20 minutes for oral argument as to all of the abovementioned motions (for a total hearing length of 40 minutes). Signed by Judge David Folsom on 4/19/11. (mrm, ) (Entered: 04/19/2011) |
| 04/20/2011 | Ï 42 | NOTICE of Disclosure by Google, Inc. *Notice of Rule 26(a) Disclosures* (Babcock, Charles) (Entered: 04/20/2011) |
| 04/20/2011 | Ï 43 | NOTICE of Disclosure by Keith Dunbar *Notice of Rule 26(a) Disclosures* (Rommel, Sean) (Entered: 04/20/2011) |

| | | |
|---|---|---|
| 04/21/2011 | Ï 44 | ORDER Re–setting Hearing on Motions 11 MOTION for Preliminary Injunction, 23 MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint*, 39 MOTION to Dismiss *Counterclaim or, in the alternative, to Strike Claim for Relief* :( Motion Hearing reset for 5/10/2011 11:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom.). Signed by Judge David Folsom on 4/21/11. (mrm, ) (Entered: 04/21/2011) |
| 04/22/2011 | Ï 45 | Opposed MOTION to Compel *Initial Disclsoures from Google* by Keith Dunbar. (Attachments: # 1 Exhibit Exhibit A)(Rommel, Sean) (Entered: 04/22/2011) |
| 04/22/2011 | Ï 46 | Additional Attachments to Main Document: 45 Opposed MOTION to Compel *Initial Disclsoures from Google*.. (Attachments: # 1 Exhibit Exhibit B, # 2 Exhibit Exhibit C, # 3 Exhibit Exhibit D, # 4 Exhibit Exhibit E, # 5 Exhibit Exhibit F, # 6 Text of Proposed Order Proposed order)(Rommel, Sean) (Entered: 04/22/2011) |
| 04/25/2011 | Ï 47 | RESPONSE in Opposition re 45 Opposed MOTION to Compel *Initial Disclsoures from Google TO PLAINTIFF'S REQUEST FOR EXPEDITED BRIEFING SCHEDULE filed by Google, Inc.*. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 04/25/2011) |
| 04/28/2011 | Ï 48 | REPLY to Response to Motion re 23 MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint filed by Google, Inc.*. (Babcock, Charles) (Entered: 04/28/2011) |
| 04/28/2011 | Ï 49 | SUR–REPLY to Reply to Response to Motion re 11 MOTION for Preliminary Injunction *filed by Google, Inc.*. (Babcock, Charles) (Entered: 04/28/2011) |
| 04/28/2011 | Ï 50 | *Google Inc.'s* ANSWER to 1 Complaint , *Affirmative Defenses and*, Amended COUNTERCLAIM against Keith Dunbar by Google, Inc..(Babcock, Charles) (Entered: 04/28/2011) |
| 04/29/2011 | Ï 51 | ORDER Setting Hearing on Motion 45 Opposed MOTION to Compel *Initial Disclsoures from Google* : Motion Hearing set for 5/10/2011 11:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom. Each side will have five (5) minutes for oral argument. Signed by Judge David Folsom on 4/29/11. (mrm, ) (Entered: 04/29/2011) |
| 05/06/2011 | Ï 52 | Agreed MOTION for Protective Order by Keith Dunbar, Google, Inc.. (Attachments: # 1 Exhibit A)(Babcock, Charles) (Entered: 05/06/2011) |
| 05/06/2011 | Ï 53 | SUR–REPLY to Reply to Response to Motion re 23 MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint filed by Keith Dunbar*. (Attachments: # 1 Exhibit Exhibit Q)(Rommel, Sean) (Entered: 05/06/2011) |
| 05/09/2011 | Ï 54 | RESPONSE to Motion re 45 Opposed MOTION to Compel *Initial Disclsoures from Google filed by Google, Inc.*. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 05/09/2011) |
| 05/09/2011 | Ï 55 | Additional Attachments to Main Document: 54 Response to Motion.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Babcock, Charles) (Entered: 05/09/2011) |
| 05/09/2011 | Ï 56 | AGREED PROTECTIVE ORDER. Signed by Judge David Folsom on 5/9/11. (mrm, ) (Entered: 05/09/2011) |
| 05/10/2011 | Ï 57 | Minute Entry for proceedings held before Judge David Folsom: Motion Hearing held on 5/10/2011 re 45 Opposed MOTION to Compel *Initial Disclsoures from Google* filed by Keith Dunbar, 23 MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint* filed by Google, Inc., 11 MOTION for Preliminary Injunction filed by Keith Dunbar, 39 MOTION to Dismiss *Counterclaim or, in the alternative, to Strike Claim for Relief* filed by Keith Dunbar. (Court Reporter Libby Crawford.) (mrm, ) (Entered: 05/10/2011) |
| 05/13/2011 | Ï 58 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss *Google Inc.'s First Amended Counterclaim* by Keith Dunbar(Individually as a representative on behalf of all similarly situated persons). (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Rommel, Sean) (Entered: 05/13/2011) |
| 05/18/2011 | Ï 59 | Answer to 50 First Amended Counterclaim by Keith Dunbar(Individually as a representative on behalf of all similarly situated persons). (Rommel, Sean) Modified on 5/19/2011 (sm, ). (Entered: 05/18/2011) |
| 05/23/2011 | Ï 61 | ORDER denying as moot 13 Motion to Dismiss Plaintiff's Class Action Complaint; denying 23 Motion to Dismiss Plaintiff's First Amended Class Action Complaint. Signed by Judge David Folsom on 5/23/11. (mrm, ) (Entered: 05/23/2011) |
| 05/23/2011 | Ï 62 | ORDER denying 45 Motion to Compel Google to Provide Initial Disclosures. Signed by Judge David Folsom on 5/23/11. (mrm, ) (Entered: 05/23/2011) |
| 05/23/2011 | Ï 63 | Unopposed MOTION to Seal *Preliminary Injunction Order (Dkt No 60)* by Google, Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Babcock, Charles) (Entered: 05/23/2011) |
| 05/24/2011 | Ï | NOTICE FROM CLERK re 60 Order on Motion for Preliminary Injunction. This order has now been sealed per Motion for leave to seal. (sm, ) (Entered: 05/24/2011) |
| 05/24/2011 | Ï 64 | ORDER granting 63 Motion to Seal 60 Order Denying Motion for Preliminary Injunction. Signed by Judge David Folsom on 5/24/11. (mrm, ) (Entered: 05/24/2011) |
| 05/25/2011 | Ï 65 | REDACTED ORDER dkt # 60 ; denying 11 MOTION for Preliminary Injunction filed by Keith Dunbar. Signed by Judge David Folsom on 5/25/11. (mrm, ) (Entered: 05/25/2011) |
| 05/25/2011 | Ï 66 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on May 10, 2011, Motion Hearing before The Honorable Chief Judge David Folsom. Court Reporter: Libby Crawford, CSR, Telephone number: 903.794.4067 Ext. 237 or lcrawford@cableone.net. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/20/2011. Redacted Transcript Deadline set for 6/30/2011. Release of Transcript Restriction set for 8/26/2011. (aec, ) (Entered: 05/25/2011) |
| 05/26/2011 | Ï 67 | Unopposed MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss *Google Inc.'s First Amended Counterclaim* by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 05/26/2011) |
| 05/27/2011 | Ï 68 | ORDER granting 67 Motion for Extension of Time to File Response re 67 Unopposed MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss *Google Inc.'s First Amended Counterclaim*. Responses due by 6/7/2011. Signed by Judge David Folsom on 5/27/11. (mrm, ) (Entered: 05/27/2011) |
| 06/07/2011 | Ï 69 | RESPONSE to Motion re 58 MOTION to Dismiss *Google Inc.'s First Amended Counterclaim* filed by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 06/07/2011) |
| 06/13/2011 | Ï 70 | MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery by Google, Inc.. (Attachments: # 1 Declaration of Shannon Teicher pt. 1, # 2 Declaration of Shannon Teicher pt. 2, # 3 Text of |

| | | |
|---|---|---|
| | | Proposed Order)(Babcock, Charles) (Entered: 06/13/2011) |
| 06/16/2011 | Ï 71 | RESPONSE in Opposition re 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery *filed by Keith Dunbar*. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Text of Proposed Order Order)(Rommel, Sean) (Entered: 06/16/2011) |
| 06/27/2011 | Ï 72 | NOTICE of Discovery Disclosure by Google, Inc. *First Amended Rule 26(a) Disclosures* (Babcock, Charles) (Entered: 06/27/2011) |
| 06/27/2011 | Ï 73 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.***<br><br>SEALED REPLY to Response to Motion re 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery filed by Google, Inc.. (Attachments: # 1 Exhibit A – Declaration of Bennet Yee)(Babcock, Charles) Modified on 6/28/2011 (sm, ). (Entered: 06/27/2011) |
| 06/28/2011 | Ï | NOTICE of DEFICIENCY regarding the #73 Sealed Reply submitted by Google, Inc.. Exceeds the page limit for filing a reply per local rules. Correction should be made by 1 business day and refiled (sm, ) (Entered: 06/28/2011) |
| 06/28/2011 | Ï 74 | SEALED REPLY to Response to Motion re 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery filed by Google, Inc.. (Attachments: # 1 Exhibit A – Declaration of Bennet Yee)(Babcock, Charles) (Entered: 06/28/2011) |
| 07/07/2011 | Ï 75 | Unopposed MOTION for Extension of Time to File Response/Reply as to 71 Response in Opposition to Motion, 74 Sealed Reply to Response to Motion, 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 07/07/2011) |
| 07/11/2011 | Ï 76 | ORDER granting 75 Motion for Extension of Time to File Sur−reply re 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery. Sur−replies due by 7/13/2011. Signed by Judge David Folsom on 7/11/11. (mrm, ) (Entered: 07/11/2011) |
| 07/13/2011 | Ï 77 | Unopposed MOTION for Extension of Time to File Response/Reply *in Opposition to Defendant's Motion to Disqualify Plaintiff's Experts* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 07/13/2011) |
| 07/14/2011 | Ï 78 | ORDER granting 77 Motion for Extension of Time to File Response/Reply re 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery SurReplies due by 7/20/2011.. Signed by Judge David Folsom on 7/14/2011. (sm, ) (Entered: 07/14/2011) |
| 07/20/2011 | Ï 79 | SUR−REPLY to Reply to Response to Motion re 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery *And Request For Expedited Review filed by Keith Dunbar*. (Rommel, Sean) (Entered: 07/20/2011) |
| 07/20/2011 | Ï 80 | MOTION for Entry of Scheduling Order by Google, Inc.. (Attachments: # 1 Exhibit A – Proposed Scheduling Order)(Babcock, Charles) (Entered: 07/20/2011) |
| 07/22/2011 | Ï 81 | RESPONSE in Opposition re 80 MOTION for Entry of Scheduling Order *filed by Keith Dunbar*. (Attachments: # 1 Text of Proposed Order Plaintiff's Proposed Order)(Rommel, Sean) (Entered: |

| | | |
|---|---|---|
| | | 07/22/2011) |
| 07/25/2011 | Ï 82 | ORDER denying as moot 39 Motion to Dismiss Counterclaim or, in the Alternative, to Strike Prayer for Relief; denying 58 Motion to Dismiss Google, Inc.'s First Amended Counterclaim. Signed by Judge David Folsom on 7/25/11. (mrm, ) (Entered: 07/25/2011) |
| 07/25/2011 | Ï 83 | ORDER, granting in part and denying in part 70 MOTION to Disqualify Plaintiff's Experts and Objection Under Protective Order, and Alternatively for Leave to Conduct Disqualification Discovery filed by Google, Inc.; ORDERED TO SHOW CAUSE by written brief to be filed within 45 days of this Order, why it should not pay Plaintiff's expenses, including attorney's fees, in opposing Google's motion ( Show Cause Response due by 9/8/2011.). Signed by Judge David Folsom on 7/25/11. (mrm, ) (Entered: 07/25/2011) |
| 08/01/2011 | Ï 84 | REPLY to Response to Motion re 80 MOTION for Entry of Scheduling Order *filed by Google, Inc.*. (Babcock, Charles) (Entered: 08/01/2011) |
| 08/11/2011 | Ï 85 | SUR–REPLY to Reply to Response to Motion re 80 MOTION for Entry of Scheduling Order *filed by Keith Dunbar*. (Rommel, Sean) (Entered: 08/11/2011) |
| 08/17/2011 | Ï 86 | Joint MOTION To Resolve The Courts Order On Defendant Google Inc.s Objection Under Protective Order And Motion To Disqualify Plaintiffs Experts, And Alternatively To Conduct Disqualification Discovery re 83 Order, Order to Show Cause, Terminate Motions,,,,,, by Keith Dunbar, Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 08/17/2011) |
| 08/17/2011 | Ï 87 | ORDER granting as modified 80 Motion for Entry of Scheduling Order. The parties are further hereby ORDERED to confer and to jointly file a revised proposed scheduling based on the foregoing within seven (7) days of this Order. Signed by Judge David Folsom on 8/17/11. (mrm, ) (Entered: 08/17/2011) |
| 08/22/2011 | Ï 88 | ORDER granting 86 Motion regarding objections under protective order and to disqualify plaintiff experts ORDERING that dft shall not be required to show cause and FURTHER ORDERED that no fees or expenses shall be awarded to dft pursuant to courts order (#62) regarding pla motion to compel and no fees or expenses shall be awarded to pla pursuant to courts order (#83) regarding dfts objection and motin to disqualify. Signed by Judge David Folsom on 8/22/2011. (sm, ) (Entered: 08/22/2011) |
| 08/24/2011 | Ï 89 | Joint MOTION for Entry of Scheduling Order by Keith Dunbar, Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 08/24/2011) |
| 09/01/2011 | Ï 90 | SCHEDULING ORDER:( Amended Pleadings due by 9/15/2011., Mediation Completion due by 11/2/2011.), granting 89 Joint MOTION for Entry of Scheduling Order filed by Google, Inc., Keith Dunbar. Signed by Judge David Folsom on 8/31/11. (mrm, ) (Entered: 09/01/2011) |
| 09/15/2011 | Ï 91 | Second Amended Complaint by Keith Dunbar. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E)(Rommel, Sean) Modified on 9/16/2011 (sm, ). Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |
| 09/15/2011 | Ï 92 | ADDITIONAL ATTACHMENTS to Main Document: 91 Second Amended Class Action Complaint . (Attachments: # 1 Exhibit Exhibit F, # 2 Exhibit Exhibit G, # 3 Exhibit Exhibit H, # 4 Exhibit Exhibit I, # 5 Exhibit Exhibit J, # 6 Exhibit Exhibit K)(Rommel, Sean) Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |
| 09/15/2011 | Ï 93 | ADDITIONAL ATTACHMENTS to Main Document: 91 Second Amended Class Action Complaint. (Attachments: # 1 Exhibit Exhibit L, # 2 Exhibit Exhibit M, # 3 Exhibit Exhibit N, # 4 Exhibit Exhibit O, # 5 Exhibit Exhibit P)(Rommel, Sean) Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |

| | | |
|---|---|---|
| 09/15/2011 | Ï 94 | ADDITIONAL ATTACHMENTS to Main Document: 91 Second Amended Class Action Complaint. (Attachments: # 1 Exhibit Exhibit Q, # 2 Exhibit Exhibit R, # 3 Exhibit Exhibit S)(Rommel, Sean) Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |
| 09/15/2011 | Ï 95 | ADDITIONAL ATTACHMENTS to Main Document: 91 Second Amended Class Action Complaint. (Attachments: # 1 Exhibit Exhibit T–1)(Rommel, Sean) Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |
| 09/15/2011 | Ï 96 | ADDITIONAL ATTACHMENTS to Main Document: 91 Second Amended Class Action Complaint. (Attachments: # 1 Exhibit Exhibit T–2)(Rommel, Sean) Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |
| 09/15/2011 | Ï 97 | ADDITIONAL ATTACHMENTS to Main Document: 91 Second Amended Class Action Complaint. (Attachments: # 1 Exhibit T–3)(Rommel, Sean) Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |
| 09/15/2011 | Ï 98 | ADDITIONAL ATTACHMENTS to Main Document: 91 Second Amended Class Action Complaint. (Attachments: # 1 Exhibit Exhibit T–4, # 2 Exhibit Exhibit U, # 3 Exhibit Exhibit V)(Rommel, Sean) Modified on 10/4/2011 (mrm, ). (Entered: 09/15/2011) |
| 09/15/2011 | Ï 99 | Unopposed MOTION for Leave to File Excess Pages *Class Certification Briefing* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 09/15/2011) |
| 09/15/2011 | Ï 100 | Opposed SEALED MOTION *For Class Certification* by Keith Dunbar. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Rommel, Sean) (Entered: 09/15/2011) |
| 09/15/2011 | Ï 101 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 100 Opposed SEALED MOTION *For Class Certification*. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I)(Rommel, Sean) (Entered: 09/16/2011) |
| 09/16/2011 | Ï 102 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 100 Opposed SEALED MOTION *For Class Certification*. (Attachments: # 1 Exhibit J)(Rommel, Sean) (Entered: 09/16/2011) |
| 09/16/2011 | Ï 103 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 100 Opposed SEALED MOTION *For Class Certification*. (Attachments: # 1 Exhibit K–1)(Rommel, Sean) (Entered: 09/16/2011) |
| 09/16/2011 | Ï 104 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 100 Opposed SEALED MOTION *For Class Certification*. (Attachments: # 1 Exhibit K–2, # 2 Exhibit K–3, # 3 Text of Proposed Order)(Rommel, Sean) (Entered: 09/16/2011) |
| 09/16/2011 | Ï 105 | Additional Attachments to Main Document (Certificate of Authority to seal): 91 Sealed Document.. (Rommel, Sean) (Entered: 09/16/2011) |
| 09/16/2011 | Ï 106 | Additional Attachments to Main Document (Certificate of authority to seal): 100 Opposed SEALED MOTION *For Class Certification*.. (Rommel, Sean) (Entered: 09/16/2011) |
| 09/16/2011 | Ï 107 | Additional Attachments to Main Document (Certificate of Conference): 100 Opposed SEALED MOTION *For Class Certification*.. (Rommel, Sean) (Entered: 09/16/2011) |
| 09/19/2011 | Ï 108 | ORDER granting 99 Motion for an Extension of Page Limitation for Class Certification briefing. Signed by Judge David Folsom on 9/19/11. (mrm, ) (Entered: 09/19/2011) |
| 09/21/2011 | Ï 109 | Emergency SEALED MOTION *for Protective Order* by Google, Inc.. (Attachments: # 1 Declaration of Carl C. Butzer, # 2 Exhibit A1–A5 of Buzter Declaration, # 3 Exhibit A6–A11 of Buzter Declaration, # 4 Text of Proposed Order)(Babcock, Charles) (Entered: 09/21/2011) |

| | | |
|---|---|---|
| 09/23/2011 | Ï 110 | ORDER re 109 Emergency SEALED MOTION *for Protective Order* filed by Google, Inc. The Court hereby ORDERS that Plaintiff respond to Google's motion no later than September 28, 2011, at 5:00 P.M. Google's reply, if any, shall be filed no later than September 30, 2011, at 5:00 P.M. Signed by Judge David Folsom on 9/23/11. (mrm, ) (Entered: 09/23/2011) |
| 09/27/2011 | Ï 111 | Unopposed MOTION for Extension of Time to File Response/Reply as to 91 Sealed Document by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 09/27/2011) |
| 10/03/2011 | Ï 112 | Unopposed MOTION to Unseal Document 96 Sealed Additional Attachments to Main Document, 91 Sealed Document, 93 Sealed Additional Attachments to Main Document, 95 Sealed Additional Attachments to Main Document, 92 Sealed Additional Attachments to Main Document, 97 Sealed Additional Attachments to Main Document, 98 Sealed Additional Attachments to Main Document, 94 Sealed Additional Attachments to Main Document by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 10/03/2011) |
| 10/03/2011 | Ï 113 | ORDER granting 111 Motion for Extension of Time to File Response re 91 Sealed Document. Responsive Pleading due by 10/13/2011. Signed by Judge David Folsom on 10/3/11. (mrm, ) (Entered: 10/03/2011) |
| 10/04/2011 | Ï 114 | ORDER granting 112 Motion to Unseal Second Amended Class Action Complaint and Exhibits; 96 Sealed Additional Attachments to Main Document, 91 Sealed Document Second Amended Class Action Complaint, 93 Sealed Additional Attachments to Main Document, 95 Sealed Additional Attachments to Main Document, 92 Sealed Additional Attachments to Main Document, 97 Sealed Additional Attachments to Main Document, 98 Sealed Additional Attachments to Main Document, 94 Sealed Additional Attachments to Main Document. Signed by Judge David Folsom on 10/4/11. (mrm, ) (Entered: 10/04/2011) |
| 10/06/2011 | Ï 115 | Unopposed MOTION for Extension of Time to Complete Discovery *Motion for Extension of Defendants Deadline to Designate Experts and Serve Expert Reports* by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 10/06/2011) |
| 10/11/2011 | Ï 116 | NOTICE of Discovery Disclosure by Google, Inc. *Second Amended Rule 26(a) Disclosures* (Babcock, Charles) (Entered: 10/11/2011) |
| 10/13/2011 | Ï 117 | RESPONSE to 91 Sealed Document, *Google Inc.'s Answer, Affirmative Defenses and Second Amended Counterclaim to Plaintiff's Second Amended Class Action Complaint* by Google, Inc.. (Babcock, Charles) (Entered: 10/13/2011) |
| 10/17/2011 | Ï 118 | NOTICE of Discovery Disclosure by Google, Inc. *Notice of Expert Disclosure* (Babcock, Charles) (Entered: 10/17/2011) |
| 10/25/2011 | Ï 119 | SEALED RESPONSE to Motion re 100 Opposed SEALED MOTION *For Class Certification* filed by Google, Inc.. (Attachments: # 1 Declaration of Shannon Teicher, # 2 Exhibit 1 to Teicher Declaration, # 3 Exhibit 2–3 to Teicher Declaration, # 4 Exhibit 4–24 to Teicher Declaration, # 5 25–39 to Teicher Declaration, # 6 Declaration of Dr. Christopher Clifton, Pt. 1, # 7 Declaration of Dr. Christopher Clifton, Pt. 2, # 8 Declaration of Kristin Zmrhal, # 9 Declaration of Jack Weixel, Pt. 1, # 10 Declaration of Jack Weixel, Pt. 2, # 11 Declaration of John Collins, # 12 Declaration of Steve Crossan, # 13 Declaration of Linda Mullinex, Pt. 1, # 14 Declaration of Linda Mullinex, Pt. 2, # 15 Declaration of Linda Mullinex, Pt. 3, # 16 Declaration of Linda Mullinex, Pt. 4, # 17 Text of Proposed Order)(Babcock, Charles) (Entered: 10/25/2011) |
| 10/27/2011 | Ï 120 | Opposed MOTION to Dismiss *Second Amended Counterclaim* by Keith Dunbar(Individually as a representative on behalf of all similarly situated persons). (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 10/27/2011) |
| 10/27/2011 | Ï 121 | |

| | | |
|---|---|---|
| | | AMENDED ANSWER to *117* Google Inc's Answer, Affirmative Defenses, and Second Amended Counterclaim to Plaintiff's Second Amended Class Action Complaint by Keith Dunbar. (Mann, Peter) (Entered: 10/27/2011) |
| 10/31/2011 | Ï 122 | MOTION to Strike *the Declaration of Linda S. Mullenix and Linda S. Mullenix as Google's Expert* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 10/31/2011) |
| 11/07/2011 | Ï 123 | NOTICE of Discovery Disclosure by Google, Inc. *Third Amended Rule 26(a) Disclosures* (Babcock, Charles) (Entered: 11/07/2011) |
| 11/08/2011 | Ï 124 | SEALED REPLY to Response to Motion re 100 Opposed SEALED MOTION *For Class Certification* filed by Keith Dunbar. (Attachments: # 1 Exhibit L, # 2 Exhibit M, # 3 Exhibit N(a–b))(Rommel, Sean) (Entered: 11/08/2011) |
| 11/08/2011 | Ï 125 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 124 Sealed Reply to Response to Motion. (Attachments: # 1 Exhibit N(c), # 2 Exhibit N(d))(Rommel, Sean) (Entered: 11/08/2011) |
| 11/08/2011 | Ï 126 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 124 Sealed Reply to Response to Motion. (Attachments: # 1 Exhibit N(e–f), # 2 Exhibit N(g–h))(Rommel, Sean) (Entered: 11/08/2011) |
| 11/08/2011 | Ï 127 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 124 Sealed Reply to Response to Motion. (Attachments: # 1 Exhibit N(i), # 2 Exhibit N(j–k))(Rommel, Sean) (Entered: 11/08/2011) |
| 11/08/2011 | Ï 128 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 124 Sealed Reply to Response to Motion. (Attachments: # 1 Exhibit N(l–n), # 2 Exhibit N(o–q), # 3 Exhibit O, # 4 Exhibit P)(Rommel, Sean) (Entered: 11/08/2011) |
| 11/08/2011 | Ï 129 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 124 Sealed Reply to Response to Motion. (Attachments: # 1 Exhibit Q, # 2 Exhibit R, # 3 Exhibit S, # 4 Exhibit T, # 5 Exhibit U, # 6 Exhibit V)(Rommel, Sean) (Entered: 11/08/2011) |
| 11/08/2011 | Ï 130 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 124 Sealed Reply to Response to Motion. (Attachments: # 1 Exhibit W)(Rommel, Sean) (Entered: 11/08/2011) |
| 11/09/2011 | Ï 131 | Additional Attachments to Main Document (Certificate of Authority to seal) : 124 Sealed Reply to Response to Motion.. (Rommel, Sean) Modified on 11/9/2011 (sm, ). (Entered: 11/09/2011) |
| 11/10/2011 | Ï | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Mediation Conference held on 11/10/2011. (Court Reporter none.) (lfs, ) (Entered: 11/10/2011) |
| 11/10/2011 | Ï 132 | ORDER REFERRING CASE to Mediator Judge Craven. Signed by Judge David Folsom on 11/10/11. (mrm, ) (Entered: 11/10/2011) |
| 11/14/2011 | Ï | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Mediation Conference held on 11/14/2011. (lfs, ) (Entered: 11/14/2011) |
| 11/14/2011 | Ï 133 | RESPONSE to Motion re 120 Opposed MOTION to Dismiss *Second Amended Counterclaim filed by Google, Inc..* (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 11/14/2011) |
| 11/17/2011 | Ï 134 | RESPONSE in Opposition re 122 MOTION to Strike *the Declaration of Linda S. Mullenix and Linda S. Mullenix as Google's Expert filed by Google, Inc..* (Attachments: # 1 Declaration of Shannon Zmud Teicher, # 2 Text of Proposed Order)(Babcock, Charles) (Entered: 11/17/2011) |

| | | |
|---|---|---|
| 11/17/2011 | Ï 135 | Joint MOTION for Extension of Time to File *Motion for Extension of Deadline to Exchange Witness Lists, Exhibit Lists and Deposition* by Keith Dunbar, Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 11/17/2011) |
| 11/17/2011 | Ï 136 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 134 Response in Opposition to Motion,. (Attachments: # 1 Declaration of Linda Mullenix, Pt. 1, # 2 Declaration of Linda Mullenix, Pt. 2, # 3 Declaration of Linda Mullenix, Pt. 3)(Babcock, Charles) (Entered: 11/17/2011) |
| 11/18/2011 | Ï 137 | ORDER granting 135 Motion for Extension of Deadline to Exchange Witness Lists, Exhibit Lists and Deposition Designations. Signed by Judge David Folsom on 11/18/11. (mrm, ) (Entered: 11/18/2011) |
| 11/21/2011 | Ï 138 | NOTICE by Google, Inc. *of Filing Google Inc.'s Deposition Designations* (Babcock, Charles) (Entered: 11/21/2011) |
| 11/21/2011 | Ï 139 | Exhibit List *for Class Action Hearing* by Google, Inc... (Babcock, Charles) (Entered: 11/21/2011) |
| 11/21/2011 | Ï 140 | Witness List by Google, Inc.. (Babcock, Charles) (Entered: 11/21/2011) |
| 11/21/2011 | Ï 141 | NOTICE by Keith Dunbar *Class Certification Hearing Disclosures* (Attachments: # 1 Deposition Designations, # 2 Exhibit List, # 3 Witness List)(Rommel, Sean) (Entered: 11/21/2011) |
| 11/22/2011 | Ï 142 | NOTICE of Discovery Disclosure by Google, Inc. *Notice of Supplemental Expert Disclosure* (Babcock, Charles) (Entered: 11/22/2011) |
| 11/22/2011 | Ï 143 | REPLY to Response to Motion re 120 Opposed MOTION to Dismiss *Second Amended Counterclaim filed by Keith Dunbar*. (Rommel, Sean) (Entered: 11/22/2011) |
| 11/22/2011 | Ï 144 | SEALED Sur−REPLY to Motion re 100 Opposed SEALED MOTION *For Class Certification* filed by Google, Inc.. (Attachments: # 1 Supplemental Declaration of Dr. Christopher W. Clifton, # 2 Supplemental Declaration of Shannon Zmud Teicher, Pt. 1, # 3 Supplemental Declaration of Shannon Zmud Teicher, Pt. 2)(Babcock, Charles) (Entered: 11/22/2011) |
| 11/30/2011 | Ï 145 | ORDER, ( Class Certification Hearing set for 12/8/2011 11:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom). The Court further hereby sets a time limit of 90 minutes per side. Signed by Judge David Folsom on 11/30/11. (mrm, ) (Entered: 11/30/2011) |
| 12/01/2011 | Ï 146 | NOTICE by Keith Dunbar *of Counter−Designations* (Rommel, Sean) (Entered: 12/01/2011) |
| 12/01/2011 | Ï 147 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.***<br><br>NOTICE by Keith Dunbar *of Counter−Designations (supplement)* (Mann, Peter) Modified on 12/2/2011 (sm, ). (Entered: 12/01/2011) |
| 12/01/2011 | Ï 148 | NOTICE by Google, Inc. *Google Inc.'s Counter−Designations to Plaintiff's Deposition Designations* (Babcock, Charles) (Entered: 12/01/2011) |
| 12/01/2011 | Ï 149 | NOTICE by Google, Inc. *Google Inc.'s Objections to Plaintiffs Exhibits* (Babcock, Charles) (Entered: 12/01/2011) |
| 12/01/2011 | Ï 150 | ORDER granting 115 Motion for Extension of Defendant's Deadline to Designate Experts and Serve Expert Reports. Signed by Judge David Folsom on 12/1/11. (mrm, ) (Entered: 12/02/2011) |
| 12/02/2011 | Ï | NOTICE of DEFICIENCY regarding the #147 Notice submitted by Keith Dunbar. No certificate of servicewas included and there was no signature by atty. Correction should be made by 1 |

| | | |
|---|---|---|
| | | business day and refiled. (sm, ) (Entered: 12/02/2011) |
| 12/02/2011 | Ï 151 | NOTICE by Keith Dunbar *of Counter−Designations (supplemental)* (Mann, Peter) (Entered: 12/02/2011) |
| 12/02/2011 | Ï 152 | SUR−REPLY to Reply to Response to Motion re 120 Opposed MOTION to Dismiss *Second Amended Counterclaim filed by Google, Inc.*. (Babcock, Charles) (Entered: 12/02/2011) |
| 12/08/2011 | Ï 153 | Minute Entry for proceedings held before Judge David Folsom: Class Certification Hearing held on 12/8/2011. (Court Reporter Libby Crawford.) (mrm, ) (Entered: 12/08/2011) |
| 12/08/2011 | Ï | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Mediation Conference held on 12/8/2011. (Court Reporter none.) (lfs, ) (Entered: 12/09/2011) |
| 12/08/2011 | Ï 154 | Class Certification Hearing Exhibit List. (Exhibits in Texarkana vault) (Attachments: # 1 Plaintiff Exhibit List)(mrm, ) (Entered: 12/14/2011) |
| 01/09/2012 | Ï 155 | Sealed Transcript for Class Certification Hearing dated 12/8/11. (mrm, ) (Entered: 01/09/2012) |
| 03/16/2012 | Ï 156 | Sealed ORDER; denying 100 Plaintiff's Motion for Class Certification, denying as moot 122 Plaintiff's Objections to and Motion to Strike the Declaration of Linda S. Mullenix and Linda S. Mullenix as Google's Expert (mrm, ) (Entered: 03/16/2012) |
| 03/20/2012 | Ï 157 | MISC ORDER 12−1. Case reassigned to Judge Michael H. Schneider for all further proceedings and referred to Magistrate Judge Caroline Craven. Judge David Folsom no longer assigned to case. (REFERRAL TO CRAVEN VACATED PER ORDER) Signed by Judge Leonard Davis on 3/16/12. (mrm, ) Modified on 3/22/2012 (sm, ). (Entered: 03/20/2012) |
| 03/22/2012 | Ï 158 | ORDER VACATING 157 REFERRAL OF PRETRIAL MATTERS to Judge Craven. Signed by Judge Michael H. Schneider on 3/22/2012. (sm, ) (Entered: 03/22/2012) |
| 03/22/2012 | Ï | Magistrate Judge Caroline Craven no longer assigned to case. (sm, ) (Entered: 03/22/2012) |
| 04/12/2012 | Ï 159 | ORDER TO MEET, REPORT, AND APPEAR AT SCHEDULING CONFERENCE, ( Scheduling Conference set for 6/7/2012 10:00 AM in Ctrm 319 (Texarkana) before Judge Michael H. Schneider.) Signed by Judge Michael H. Schneider on 4/11/12. (mrm, ) (Entered: 04/12/2012) |
| 04/20/2012 | Ï 160 | SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer* by Google, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Babcock, Charles) (Entered: 04/20/2012) |
| 04/23/2012 | Ï 161 | Additional Attachments to Main Document: 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer*.. (Babcock, Charles) (Entered: 04/23/2012) |
| 05/07/2012 | Ï 162 | Unopposed MOTION for Extension of Time to File Response/Reply *to Google's Motion to Dismiss or, in the alternative, Motion to Transfer* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 05/07/2012) |
| 05/11/2012 | Ï 163 | ORDER granting 162 Motion for Extension of Time to File Response/Reply re 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer* Responses due by 5/16/2012 Replies due by 5/25/2012.. Signed by Judge Michael H. Schneider on 5/11/2012. (sm, ) (Entered: 05/11/2012) |
| 05/16/2012 | Ï 164 | Second MOTION for Extension of Time to File Response/Reply *to Motion to Dismiss or to Transfer* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 05/16/2012) |
| 05/17/2012 | Ï 165 | |

| | | |
|---|---|---|
| | | ORDER granting 164 Motion for Extension of Time to File Response re 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer*. Responses due by 5/17/2012. Signed by Judge Michael H. Schneider on 5/17/12. (mrm, ) (Entered: 05/17/2012) |
| 05/17/2012 | Ï 166 | SEALED RESPONSE to Motion re 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer* filed by Keith Dunbar. (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit C, # 5 Text of Proposed Order)(Rommel, Sean) (Entered: 05/17/2012) |
| 05/18/2012 | Ï 167 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 166 Sealed Response to Motion,. (Rommel, Sean) (Entered: 05/18/2012) |
| 05/23/2012 | Ï 168 | Unopposed MOTION for Extension of Time to File *Rule 26(f) Report* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 05/23/2012) |
| 05/24/2012 | Ï 169 | Unopposed MOTION for Extension of Time to File Response/Reply as to 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer* by Google, Inc.. (Attachments: # 1 Text of Proposed Order)(Babcock, Charles) (Entered: 05/24/2012) |
| 05/29/2012 | Ï 170 | ORDER granting 169 Motion for Extension of Time to File Reply re 169 Unopposed MOTION for Extension of Time to File Reply as to 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer* Reply due by 5/29/2012. Signed by Judge Michael H. Schneider on 5/28/12. (bas) (Entered: 05/29/2012) |
| 05/29/2012 | Ï 171 | ORDER granting 168 Unopposed Motion for Extension of Time to File Rule 26(f) Report. Rule 26 Report due by 5/31/2012. Signed by Judge Michael H. Schneider on 5/28/12. (bas) (Entered: 05/29/2012) |
| 05/29/2012 | Ï 172 | SEALED REPLY to Response to Motion re 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer* filed by Google, Inc.. (Babcock, Charles) (Entered: 05/29/2012) |
| 05/31/2012 | Ï 173 | Sealed Document. Joint Discovery/Case Management Plan filed by Keith Dunbar Rommel (Rommel, Sean) (Entered: 05/31/2012) |
| 06/01/2012 | Ï 174 | Unopposed MOTION for Extension of Time to File Response/Reply as to 172 Sealed Reply to Response to Motion *to Dismiss or, in the Alternative, Motion to Transfer* by Keith Dunbar. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 06/01/2012) |
| 06/05/2012 | Ï 175 | ORDER granting 174 Motion for Extension of Time to File Sur−reply re 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer*. Sur−replies due by 6/5/2012. Signed by Judge Michael H. Schneider on 6/5/12. (mrm, ) (Entered: 06/05/2012) |
| 06/05/2012 | Ï 176 | SEALED SUR−REPLY to Response to Motion re 160 SEALED MOTION *to Dismiss or in the Alternative, Motion to Transfer* filed by Keith Dunbar. (Rommel, Sean) (Entered: 06/05/2012) |
| 06/07/2012 | Ï 177 | Minute Entry for proceedings held before Judge Michael H. Schneider: Scheduling Conference held on 6/7/2012. (Court Reporter Jan Mason.) (lgp, ) (Entered: 06/07/2012) |
| 06/22/2012 | Ï | Interdistrict transfer to the Northern District of California San Jose Division per order. (sm, ) (Entered: 06/22/2012) |