**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH DUNBAR, Individually, and as Representative on Behalf of all Similarly<br><br>         Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>         Defendant.<br>_____ / | CASE NO. 12-CV-03305-LHK<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

P. Drake Mann, whose business address and telephone number is

425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

and who is an active member in good standing of the bar of Arkansas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff(s)

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 26, 2012

                                         *Lucy H. Koh*
                                         LUCY H. KOH
                                         United States District Judge

*United States District Court*
*For the Northern District of California*