Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Sean F. Rommel
4004 Texas Boulevard
Texarkana, TX 75503
(903) 334-8646

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Keith Dunbar, Individually and as Representative on Behalf of All Similarly Situated Persons

        Plaintiff(s),

        v.

Google, Inc.

        Defendant(s).

CASE NO. 5:12-cv-03305

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Sean F. Rommel, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Kirk J. Wolden, Arnold Law Firm, 865 Howe Avenue, Suite 300, Sacramento, CA 95825

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2012

*/s/ Sean F. Rommel*
Sean F. Rommel