1  COOLEY LLP
   MICHAEL G. RHODES (116127)
2  (rhodesmg@cooley.com)
   WHITTY SOMVICHIAN (194463)
3  (wsomvichian@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA  94111-5800
   Telephone:     (415) 693-2000
5  Facsimile:     (415) 693-2222

6  Attorneys for Defendant
   GOOGLE INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  KEITH DUNBAR,                    Case No.  12-CV-03305-LHK

13              Plaintiff,           **NOTICE OF APPEARANCE OF COUNSEL
                                     FOR DEFENDANT GOOGLE INC.**
14      v.
                                     Dept.:      Courtroom 8 - 4th Floor
15  GOOGLE, INC.,                    Judge:      Hon. Lucy H. Koh

16              Defendant.

17

18          Defendant Google Inc. files this Notice of Appearance and hereby notifies the Court and

19  Plaintiff that Michael G. Rhodes and Whitty Somvichian of the law firm Cooley LLP, 101

20  California Street, 5th Floor, San Francisco, California 94111 hereby enter their appearance as

21  counsel of record for Defendant in this action.

22

23  Dated: August 1, 2012          COOLEY LLP
                                    MICHAEL G. RHODES (116127)
24                                  WHITTY SOMVICHIAN (194463)

25

26                                   /s/ Whitty Somvichian
                                    _____
27                                  Whitty Somvichian (194463)
                                    Attorneys for Defendant
28                                  GOOGLE INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO