IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Keith Dunbar, et. al

        Plaintiff,

v.

Google, Inc.

        Defendant.

CASE NO. 5:12-cv-03305

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Sean F. Rommel, whose business address and telephone number is Wyly-Rommel, PLLC, 4004 Texas Boulevard, Texarkana, TX 75503, (903) 334-8646

and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge