IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Keith Dunbar, et. al

        Plaintiff,

  v.

Google, Inc.

        Defendant.

CASE NO. 5:12-cv-03305

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Michael Chad Trammell, whose business address and telephone number is The Trammell Law Firm, PLLC, 418 N. State Line Ave., Texarkana, AR 71854, 870-779-1860

and who is an active member in good standing of the bar of Arkansas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 7, 2012

*Lucy H. Koh*
Lucy Koh
United States  District  Judge