**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH DUNBAR, Individually,and on
Behalf of all Similarly Situated Person

      Plaintiff,

v.

GOOGLE, INC.

      Defendant.

_____/

CASE NO. 5:12-cv-03305

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

F. Jerome Tapley                    , whose business address and telephone number is

Cory, Watson, Crowder & DeGaris, P.C.; 2131 Magnolia Avenue, Birmingham, AL 35205
(205) 328-2200

and who is an active member in good standing of the bar of  Alabama

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Plaintiffs

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 20, 2012

*Lucy H. Koh*
_____
United States  District      Judge