| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Maco Stewart, Esq.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000  Fax: (415) 693-2222

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH DUNBAR,

               Plaintiff(s),

v.

GOOGLE, INC.,

               Defendant(s).

CASE NO. 5:12-CV-03305-LHK

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, __Maco Stewart__, an active member in good standing of the bar of __the District of Columbia__, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing __Defendant Google Inc.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Whitty Somvichian, Esq., Cooley LLP, 101 California Street, 5th Floor,
   San Francisco, CA  94111-5800   (415) 693-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2012

                                                                   Maco Stewart