IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUNBAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, INC.<br><br>　　　　Defendant. | CASE NO. 5:12-CV-03305-LHK<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

　　　　Maco Stewart, whose business address and telephone number is Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111-5800, (415) 693-2000

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Google Inc.

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 28, 2012

　　　　　　　　　　　　　　　　　　　*/s/ Lucy H. Koh*
　　　　　　　　　　　　　　　　　　Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　United States District Judge