1    COOLEY LLP
     MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2    WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
     MACO STEWART (*pro hac vice*) (maco.stewart@cooley.com)
3    101 California Street, 5th Floor
     San Francisco, CA  94111-5800
4    Telephone:    (415) 693-2000
     Facsimile:    (415) 693-2222
5
     Attorneys for Defendant
6    GOOGLE INC.

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11   KEITH DUNBAR,                         Case No.  12-CV-03305-LHK (PSG)

12                  Plaintiff,              **STIPULATION AND [PROPOSED] ORDER
                                            TO EXTEND TIME FOR ANSWER TO
13         v.                               PLAINTIFF'S THIRD AMENDED CLASS
                                            ACTION COMPLAINT**
14   GOOGLE, INC.,
                                            Judge:      Hon. Lucy H. Koh
15                  Defendant.              Courtroom: 8, 4th Floor

16

17        This Stipulation is entered into pursuant to Local Rule 6-2, by and between Plaintiff Keith

18   Dunbar ("Plaintiff") and Defendant Google Inc. ("Google") (collectively, the "Parties"), by and

19   through the respective undersigned counsel.

20        WHEREAS, on December 14, 2012, Plaintiff filed and served Plaintiff's Third Amended

21   Class Action Complaint ("Plaintiff's TAC") (Dkt. 228);

22        WHEREAS, under Federal Rules of Civil Procedure 6(d) and 15(a)(3), Google's response

23   would be due on New Year's Eve, and Google's time to prepare its response would span the

24   Christmas holiday;

25        WHEREAS, the proximity of the holidays makes Google's preparation of its answer to

26   Plaintiff's TAC within the allotted time unusually burdensome;

27        WHEREAS, under Civil Local Rule 6-2, the Parties may stipulate in writing to request an

28

extension of the time for a deadline set by the Local Rules or the Federal Rules;

WHEREAS, counsel for the Parties agree that extending the briefing schedule will permit Google to take additional care in answering Plaintiff's TAC;

WHEREAS, extending the dates for Google's answer as set forth below will not alter any deadline already fixed by Court order;

NOW THEREFORE, the Parties agree and request that Google's deadline to file its answer to Plaintiff's TAC be extended until January 14, 2013.

**IT IS SO STIPULATED.**

Dated: December 26, 2012

COOLEY LLP
WHITTY SOMVICHIAN (194463)

/s/ Whitty Somvichian

Attorneys for Defendant GOOGLE INC.

Dated: December 26, 2012

WYLY-ROMMEL, PLLC
SEAN F. ROMMEL (*pro hac vice*)

/s/ Sean F. Rommel

Attorneys for Plaintiff Keith Dunbar

WYLY-ROMMEL, PLLC
SEAN F. ROMMEL (*pro hac vice*)
srommel@wylyrommel.com
JAMES C. WYLY (*pro hac vice*)
jwyly@wylyrommel.com
4004 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CLAYEO C. ARNOLD
A Professional Law Corporation
CLAYEO C. ARNOLD  (SBN 65070)
KIRK J. WOLDEN (SBN 138902)
kwolden@justice4you.com
CLIFFORD L. CARTER (SBN 149621)
ccarter@justice4you.com
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley *(pro hac vice)*
jtapley@cwcd.com
Hirlye R. Lutz, III *(pro hac vice)*
rlutz@cwcd.com
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Attorneys for Plaintiff KEITH DUNBAR

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated:  December 28, 2012

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

1299341 /SF

3.

**STIPULATION TO EXTEND TIME FOR ANSWER**
**12-CV-03305-LHK (PSG)**