1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
   MACO STEWART (*pro hac vice*) (maco.stewart@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:     (415) 693-2000
   Facsimile:      (415) 693-2222
5
   Attorneys for Defendant
6  GOOGLE INC.

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | KEITH DUNBAR,                  | Case No.  12-CV-03305-LHK (PSG)
12 |            Plaintiff,          | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS OF GOOGLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**
13 |     v.                          |
14 | GOOGLE INC.,                    |
15 |            Defendant.           | Date:       April 18, 2013
   |                                 | Time:       1:30 p.m.
16 |                                 | Judge:      Hon. Lucy H. Koh
   |                                 | Location:   Courtroom 8, 4th Floor

17

18

19

20

21

22

23

24

25

26

27

28

                                 1.        **STIP. & [PROP.] ORDER TO EXTEND PAGE LIMITS OF GOOGLE INC.'S OPPOSITION BRIEF**
                                           **12-CV-03305-LHK (PSG)**

This Stipulation is entered into by and among plaintiff Keith Dunbar ("Plaintiff") and defendant Google Inc. ("Google") (collectively "the Parties"), by and through their respective counsel.

WHEREAS, Plaintiff filed a Motion for Class Certification ("Motion") on January 28, 2013 (ECF No. 249);

WHEREAS, pursuant to this Court's Order (ECF No. 242), the deadline for Google to file its Opposition to the Motion is March 7, 2013;

WHEREAS, Plaintiff's Motion is scheduled for hearing on April 18, 2013;

WHEREAS, under the Civil Local Rules, an opposition brief may not exceed 25 pages and a reply brief may not exceed 15 pages unless the Court orders otherwise;

WHEREAS, under Civil Local Rule 7-11, parties may request permission to file briefs in excess of the normal page limits by way of administrative motion;

WHEREAS, the pending Motion involves complex issues and an extensive factual record related to Plaintiff's motion to certify a nationwide class as set forth in the accompanying administrative motion;

WHEREAS, for these reasons, Google is seeking permission to extend the page limits for its Opposition by five pages (to 30 pages) and Plaintiff has agreed subject to a corresponding extension of the page limit for Plaintiff's reply brief (to 20 pages);

WHEREAS, extending the page limits in this manner will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, the Parties hereby stipulate and agree to extend the page limits (1) for Google's Opposition by five pages (to a total of 30 pages) and (2) for Plaintiff's reply brief by five pages (to 20 pages)

///
///
///
///
///

**IT IS SO STIPULATED**.

Dated: February 22, 2013

COOLEY LLP
WHITTY SOMVICHIAN (194463)

     /s/ Whitty Somvichian
Whitty Somvichian (194463)
Attorneys for Defendant
GOOGLE INC.

Dated: February 22, 2013

WYLY-ROMMEL, PLLC
SEAN F. ROMMEL (*pro hac vice*)

     /s/ Sean F. Rommel
Sean F. Rommel
Attorneys for Plaintiff Keith Dunbar

WYLY-ROMMEL, PLLC
SEAN F. ROMMEL (pro hac vice)
srommel@wylyrommel.com
JAMES C. WYLY (pro hac vice)
jwyly@wylyrommel.com
4004 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CLAYEO C. ARNOLD
A Professional Law Corporation
CLAYEO C. ARNOLD  (SBN 65070)
KIRK J. WOLDEN (SBN 138902)
kwolden@justice4you.com
CLIFFORD L. CARTER (SBN 149621)
ccarter@justice4you.com
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829

///
///
///
///
///

|   |   |
|---|---|
| 1 | CORY WATSON CROWDER & DEGARIS, P.C. |
| 2 | F. Jerome Tapley *(pro hac vice)* |
|   | jtapley@cwcd.com |
| 3 | Hirlye R. Lutz, III *(pro hac vice)* |
|   | rlutz@cwcd.com |
| 4 | 2131 Magnolia Avenue |
|   | Birmingham, AL  35205 |
| 5 | Telephone: (205) 328-2200 |
|   | Facsimile: (205) 324-7896 |
| 6 |   |
| 7 | Attorneys for Plaintiff KEITH DUNBAR |

*Filer's Attestation:* Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

Pursuant to Civil Local Rule 7-11, the page limitation for Google's Opposition to Plaintiff's Motion for Class Certification shall be extended by five pages (to a total of 30 pages) and the page limitation for Plaintiff's Reply Brief shall be extended by five pages (to a total of 20 pages).

Dated: February 26, 2013

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1306836/SF