UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH DUNBAR, individually and on Behalf of those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, INC.,<br><br>　　　　　　Defendant. | Case No.: 5:12-cv-003305-LHK<br><br>ORDER RE: MDL PANEL RULING |

On April 1, 2013, the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") ordered that this action be consolidated for pre-trial purposes with five other actions pending in several districts. *See* ECF No. 272. The cases have been assigned to the undersigned judge. *See id*. There is a motion for class certification pending in the instant action, which is scheduled to be heard on April 18, 2013. By noon on Wednesday, April 10, 2013, the parties to the instant action shall file a joint status report in which the parties shall state: (1) the parties' understanding as to whether the plaintiffs who opposed consolidation will object to transfer and the time-frame for resolution of those objections, if any[1], and (2) the parties' position(s) with respect to how the Court should proceed in light of the MDL Panel's Order.

---

[1] As set forth in the transfer order, the Plaintiffs in the Northern District of Florida, District of Maryland, and Eastern District of Pennsylvania actions all opposed consolidation. *See* ECF No. 272 at 1.

1

Case No.: 12-CV-03305-LHK
ORDER RE: MDL PANEL RULING

**IT IS SO ORDERED.**

Dated: April 8, 2013

_____
LUCY H. KOH
United States District Judge