1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH DUNBAR, individually and on Behalf of those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No.: 5:13-MD-002430-LHK <br><br> ORDER RE: APRIL 18, 2013 CASE MANAGEMENT CONFERENCE AND CLASS CERTIFICATION HEARING |

In light of the recent MDL Order, the Court will not hold a hearing on Plaintiff's Motion for Class Certification on April 18, 2013 at 1:30 p.m. as previously scheduled. Rather, the Court will hold a case management conference in all consolidated cases on that date at that time. The Court hereby authorizes any party wishing to appear by telephone to appear through Court Call; those parties shall contact Court Call at (866) 582-6878 to arrange their telephonic appearances. At the Case Management Conference, the parties in all consolidated cases should be prepared to discuss: (1) a schedule for the consolidated cases, including selection of lead plaintiff and lead plaintiff's counsel, and (2) whether the Court should proceed with the *Dunbar* class certification motion separately from the other cases. The parties in all consolidated cases shall file a Joint Case Management Conference Statement by 10:00 a.m. on Wednesday, April 17, 2013.

1

1   **IT IS SO ORDERED.**

2   Dated:  April 15, 2013

3                                                      LUCY H. KOH
                                                        United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical-lr">**United States District Court**
For the Northern District of California</div>

2

Case No.: 13-MD-02430-LHK
ORDER RE: APRIL 18, 2013 CASE MANAGEMENT CONFERENCE AND CLASS CERTIFICATION HEARING