1  Clifford L. Carter, SBN 149621
   Kirk J. Wolden, SBN 138902
2  CARTER WOLDEN CURTIS, LLP
   1111 Exposition Boulevard, Suite 602
3  Sacramento, California 95815
   Telephone: (916) 467-9488
4  Email: cliff@cwclawfirm.com, kirk@cwclawfirm.com

5  Sean F. Rommel (*Pro Hac Vice*)
   James C. Wyly (*Pro Hac Vice*)
6  WYLY~ROMMEL, PLLC
   4004 Texas Boulevard
7  Texarkana, Texas 75503
   Telephone: (903) 334-8646, Facsimile: (903) 334-8645
8  Email: srommel@wylyrommel.com, jwyly@wylyrommel.com

9  F. Jerome Tapley (*Pro Hac Vice*)
   Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
10 CORY WATSON CROWDER & DEGARIS, P.C.
   2131 Magnolia Avenue
11 Birmingham, Alabama 35205
   Telephone: (205) 328-2200; Facsimile: (205) 324-7896
12 Email: jtapley@cwcd.com, rlutz@cwcd.com

13 *Attorneys for Plaintiff and the Class*

14                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
15                            **SAN JOSE DIVISION**

16  KEITH DUNBAR, individually and on         Case No.: 5:12-cv-03305-LHK
    behalf of those similarly situated,
17                                            **STIPULATION AND [PROPOSED] ORDER
                Plaintiff,                    RE PLAINTIFF'S MOTION FOR
18      vs.                                   ADMINISTRATIVE RELIEF TO FILE
                                              SUPPLEMENTARY MATERIAL IN
19  GOOGLE, INC.,                             SUPPORT OF PLAINTIFF'S REPLY IN
                                              SUPPORT OF PLAINTIFF'S MOTION FOR
20              Defendant.                    CLASS CERTIFICATION**

21                                              Judge:    Hon. Lucy H. Koh
                                                Location: Courtroom 5 – 4th Floor
22

23

24

25  ///

26  ///

27  ///

28
    STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR
    ADMINISTRATIVE RELIEF TO FILE SUPPLEMENTARY MATERIAL IN SUPPORT OF
    PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS
    CERTIFICATION
    Case No. 5:12-cv-003305-LHK (PSG)
                                          1

1   This Stipulation is entered into pursuant to Civil L.R. 7-11(a) and 7-12, by and between Plaintiff Keith Dunbar ("Plaintiff") and Defendant Google Inc. ("Google") (collectively, the "Parties"), by and through the respective undersigned counsel.

The Parties stipulate that, pursuant to Civil L.R. 7-3(d), Plaintiff may file the following supplemental materials in support of Plaintiff's Reply in Support of Plaintiff's Motion for Class Certification:

1. Google's Supplemental Objections and Responses to Plaintiff's Interrogatory Nos. 1-4, served on April 1, 2013.

2. Documents "GOOG0007765093-94," served by Google on or about March 20, 2013.

3. Exhibit 37 to the deposition of Google employee Adrienne St. Aubin, described as "Gmail Legal Notice."

**IT IS SO STIPULATED.**

Dated: April 12, 2013    CORY WATSON CROWDER & DEGARIS, P.C.

By:   /s/ Hirlye R. "Ryan" Lutz, III
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
Email: rlutz@cwcd.com
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
*Attorneys for Plaintiff and the Class*

Dated: April 12, 2013    COOLEY LLP

By:   /s/ Whitty Somvichian
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
*Attorney for Defendant*

STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUPPLEMENTARY MATERIAL IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 5:12-cv-003305-LHK (PSG)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: April 15, 2013

                                         *[signature: Lucy H. Koh]*
                                         HON. LUCY H. KOH
                                         UNITED STATES DISTRICT COURT

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Hirlye R. "Ryan" Lutz, III hereby attests that concurrence in the filing of this document has been obtained.*

28  STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUPPLEMENTARY MATERIAL IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 5:12-cv-003305-LHK (PSG)